# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jimmy L. Rogers, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:21-cv-00595-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Gaston County Detention, et al, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 7, 2021 Order.

December 7, 2021

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court